# Incident Report

| Name of Center: | Alternative House, Inc./La Pasada | | | |
|---|---|---|---|---|
| **Name of Resident:** Abeyta, Robert | **PAC#:** ▇▇▇ | | **Date of Incident:** 4/19/2024 | **Time:** 11:23 pm |
| **Place of Incident:** La Pasada | | | **Client Status:** Pre-Trial | **Room No.** ▇▇▇ |

**Incident Description:** During intake a magazine with bullets was found on his property.

   On April 19, 2024, at or around 11:23pm La Pasada received a new federal pretrial resident by the name of Abeyta, Robert. Residential Supervisor (RS) Sena, Cammie, did his initial intake. During the search of his property conducted by Residential Supervisor (RS) Gonzales, Lianca a cell phone and a magazine with bullets were found. RS Gonzales confiscated the magazine and phone and handed it over to RS Sena. The magazine and cell phone were placed in a Ziplock bag, and the items were placed in the Program Directors Agnes, Daryl's box.

| Name: Cammie Sena | Date and Time: 4/19/24 11:23pm | Name and Title: Residential Supervisor | |
|---|---|---|---|
| **Submitted to Program Director:** Daryl Agnes | Date and Time: 4/19/2024 11:23pm | **Program Director Submitted to USPTO/USPO:** Mike Adolph | Date and Time: 4/19/24 11:23pm |