# CLERK'S MINUTES
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Steven C. Yarbrough, United States Magistrate Judge

Motion Hearing

| | | | |
|---|---|---|---|
| Case Number: | 24-CR-269 DHU | UNITED STATES vs. ABEYTA | |
| Hearing Date: | 3/31/2025 | Time In and Out: | 2:59 pm – 3:19 am |
| Courtroom Deputy: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Robert Abeyta | Defendant's Counsel: | Dennis Candelaria |
| AUSA: | Meg Tomlinson | Pretrial/Probation: | M. Adolph |
| Interpreter: | | Witness: | |

### Proceedings

Court-outlines case, judgement already entered, Parties agree to have this heard before Judge Yarbrough; FPD-outlines defendant's travel plans for self surrender to the BOP; USA-responds; Court-questions; USA-responds/concerns; FPD-proffers train travel 4/6 at 11:30 leaving ALBQ, arrive 4/8 at 4:00 in DC, then travel to Connecticut from there/deft would like to travel to Espanola, to be with kids and meet with atty for a power of atty for his kids, and closing up the residence before leaving on the train; USA-responds; PO-responds, opposes mtn; FPD-responds; Court-findings-granting in part and denying in part; deft will be released from La Pasada halfway house on 4/6 at 8:00 am to catch the train and removal of the electronic monitoring;

### Lafler/Frye

| | |
|---|---|
| ☐ | Court finds defense counsel shared the plea offer with Defendant |
| ☐ | Court confirms that Defendant understands the offer, that Defendant discussed the offer with counsel, and that Defendant rejected the plea offer |
| ☐ | Court finds Defendant knowingly and voluntarily rejected plea offer |
| ☐ | A copy of the plea offer is attached to these minutes as a sealed exhibit |

### Custody Status

| | | |
|---|---|---|
| ☐ | Defendant | |
| ☒ | Conditions of release previously imposed remain in effect | |

### Other Ruling

| | |
|---|---|
| ☐ | |